IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SCOTT LYONS, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00165-MTT |
| | * |
| WARDEN SEAN EMMONS, | |
| | * |
| Defendant. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated July 20, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 21st day of July, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk